This is Kate's vs. Zeltik Aesthetics ink.